**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 153 DB 2023 (No. 77 RST 2023) |
| | : | |
| MATTHEW GIRANDOLA | : | Attorney Registration No. 318581 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM ADMINISTRATIVE SUSPENSION | : | (Out of State) |

**O R D E R**

**PER CURIAM**

    **AND NOW**, this 7th day of December, 2023, the Report and Recommendation of Disciplinary Board Member dated November 21, 2023, is approved and it is ORDERED that MATTHEW GIRANDOLA, who has been on Administrative Suspension, has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.